743 A.2d 448

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Patty A. PITCOCK, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 13, 2000.

### ORDER

PER CURIAM:

**AND NOW**, this 13th day of January 2000, the Petition For Allowance of Appeal is GRANTED and this matter is REMANDED to the trial court for further consideration in light

of this Court's decision in *United National Ins. Co. v. JH France Refractories,* 558 Pa. 409, 737 A.2d 738 (1999).